undercover officer who testified in the case.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. A written opinion reciting the detailed facts and restating the applicable principles of law would have no precedential or jurisprudential value. The parties, however, have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 30.25(b).

**ORDER**

Deadrick Rockett appeals the denial of his Rule 29.15 motion for post-conviction relief. Rockett's motion was denied after evidentiary hearing.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. A written opinion reciting the detailed facts and restating the applicable principles of law would have no precedential or jurisprudential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order. Rule 84.16(b).

**Deadrick ROCKETT, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 63935.**

Missouri Court of Appeals,
Western District.

March 1, 2005.

Mark Allen Grothoff and Irene C. Karns, State Public Defender Office, Columbia for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Deborah Daniels and Bruce Hahn, Office of Attorney General, Jefferson City for Respondent.

Before EDWIN H. SMITH, Chief Judge, RONALD R. HOLLIGER, Judge, and LISA WHITE HARDWICK, Judge.

**STATE of Missouri, Respondent,**

v.

**Robert J. DURANT, Appellant.**

**No. WD 64030.**

Missouri Court of Appeals,
Western District.

March 1, 2005.